UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALYSON HUTH,                                             Civil No. 3:20-cv-1786 (JCH)
*Plaintiff,*

v.

AMERICAN INSTITUTE FOR FOREIGN
STUDY, INC.,
*Defendant.*                                             March 22, 2022

## JUDGMENT

This matter came on for consideration on the defendant's Motion to Dismiss (Doc. No. 20) before the Honorable Janet C. Hall, United States District Judge. On March 21, 2022, the Court entered a Ruling (Doc. #38) GRANTING the motion to dismiss and dismissing the action in its entirety.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of March 2022.

DINAH MILTON KINNEY, Clerk


By: _____/s/_____
Breigh Freberg, Deputy Clerk

EOD:  March 22, 2022